RASi REGISTERED AGENT SOLUTIONS INC

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

3/1/2019

Anne Simerman
**Steel Dynamics Columbus, LLC**
7575 W. Jefferson Blvd
Fort Wayne, IN 46835 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: Steel Dynamics Columbus, LLC**

---

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: RYALS LAW FIRM P.A.

**SERVICE INFORMATION**

Service Date: 3/1/2019
Service Time: 9:02AM CST
Service Method: Process Server

**RASi REFERENCE INFORMATION**

Service No.: 0100404
RASi Office: Mississippi
Rec. Int. Id.: JLW

**CASE INFORMATION**

Case Number: 2019-0009-CVIK
File Date: 01/22/2019
Jurisdiction: MISSISSIPPI LOWNDES COUNTY CIRCUIT COURT
Case Title: JENNIFER PORTER VS. STEEL DYNAMICS COLUMBUS, LLC

**ANSWER / APPEARANCE INFORMATION**

30 days *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

Firm/Issuing Agent: RYALS LAW FIRM P.A.
Attorney/Contact: VICTORIA PRINCE RYALS
Location: Mississippi
Telephone No.: 662-563-4300

**DOCUMENT(S) RECEIVED & ATTACHED**

Complaint
Summons
Demand for Jury Trial

**ADDITIONAL NOTES**

EXHIBIT
1

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

## IN THE CIRCUIT COURT OF LOWNDES COUNTY, MISSISSIPPI

**JENNIFER PORTER**                                                 **PLAINTIFF**

**VS.**                                                **CAUSE NUMBER: 2019-0009-CVI K**

**STEEL DYNAMICS COLUMBUS, LLC**                     **DEFENDANT**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF LOWNDES**

TO:   Steel Dynamics Columbus, LLC
       c/o Registered Agent Solutions, Inc.
       12435 Plunkett Rd.
       Gulfport, Mississippi 39503

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Victoria Prince Ryals, the attorney for the Plaintiff, whose post office address is P.O. Box 1563, Batesville, Mississippi 38606, and whose street address is 106 Court Street, Batesville, Mississippi 38606. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 22nd day of Jan, 2019.

(SEAL)

Honorable Teresa Barksdale
Post Office Box 31
Columbus, MS 39703
Circuit Clerk of Lowndes County

By: _____ D.C.

RECEIVED
JAN 22 2019
TERESA BARKSDALE
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LOWNDES COUNTY, MISSISSIPPI

JENNIFER PORTER                                           PLAINTIFF

vs.                                           CAUSE NUMBER: 2019-0009-CVI K

STEEL DYNAMICS COLUMBUS, LLC                    DEFENDANT

## COMPLAINT
### JURY TRIAL DEMANDED

COMES NOW Jennifer Porter, the Plaintiff herein, and files this her Complaint for FMLA Retaliation against the Defendants herein, and would show unto the Court the following facts, to-wit:

### PARTIES

1. That Jennifer Porter is an adult resident citizen of Columbus, Lowndes County, Mississippi.

2. That Steel Dynamics Columbus, LLC is a corporation resided in Lowndes County, Mississippi and may be served with process of the Court located at 1945 Airport Rd, Columbus, MS 39701.

### JURISDICTION AND VENUE

3. This Court has personal and subject matter jurisdiction in this matter.

4. On or about the 25th day June, 2018, the Plaintiff submitted to her employer her request for FMLA leave.

5. Two weeks later, on July 14, 2018, the Plaintiff was terminated.

1

## STATEMENT OF FACTS

6. Ms. Porter began her employment with Steel Dynamics Columbus, LLC on June 11, 2008.

7. Ms. Porter was, at all relevant times, an African American female, minimally qualified for her position and without any significant disciplinary actions.

8. On June 25, 2018, Ms. Porter requested FMLA leave.

9. After learning that her FMLA leave was to undergo a reverse tubal ligation, her employer, knowing from her precise surgical procedure that it was Ms. Porter's intent to become pregnant, terminated her.

10. The Plaintiff has established a prima facia case of FMLA retaliation.

11. Ms. Porter's termination was in violation of the FMLA and in retaliation for her taking FMLA leave.

12. The Defendant has retaliated against the Plaintiff, has otherwise violated her rights, and is liable to the Plaintiff for the damages she has incurred as a result of this discrimination.

13. Moreover, the Steel Dynamics Company terminated Ms. Porter to avoid having to provide her maternity leave and other benefits consistent with her FMLA leave.

14. The Plaintiff has suffered lost wages, lost benefits, other pecuniary damages, and mental and emotional distress as a result of the Defendant's retaliation.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that after a trial by Jury hereon, the Court will enter a judgment of and against the Defendant in an amount to be proven at trial and including, but not limited to the following:

a) Back pay and front pay;

2

b) All compensatory damages to be proven at trial;

c) All non-compensatory damages to be proven at trial;

d) Punitive damages;

e) An award of reasonable attorney's fees;

f) All court costs; and,

g) Such or relief may be just and proper.

DATED: this the 10 day of January, 2019.

Respectfully submitted,

JENNIFER PORTER, PLAINTIFF

By: _____
Victoria Prince Ryals, MSB# 103090
Attorney for the Plaintiff

Of Counsel:

Ryals Law Firm, P.A.
Post Office Box 1563
Batesville, Mississippi 38606
T: (662) 563-4300
F: (888) 762-8358
victoriaprinceryals@gmail.com

FILED
JAN 2019
Circuit Clerk

3